425 A.2d 836

Sinko v. Sinko, Appellant.

Submitted March 23, 1979. Lester Krasno, for appellant; James Riley, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.*

* Judge Donald E. Wieand is sitting by special designation.

Decree affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree of divorce in this case.